# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: National Retail Federation v. James Docket No.: 25-2818

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: David Lawrence III, Assistant Solicitor General

Firm: Office of the Attorney General

Address: 28 Liberty Street, 23rd Floor, New York, NY 10005

Telephone: (212) 416-8023 Fax: (212) 416-8962

E-mail: david.lawrence@ag.ny.gov

**Appearance for:** appellee Letitia James
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Barbara D. Underwood )
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 10/29/2024 OR

☐ I applied for admission on .

Signature of Counsel: /s/David Lawrence III

Type or Print Name: David Lawrence III